



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NETYANTRA, INC., NETYANTRA INDIA PRIVATE LIMITED, SANJEEV THOTTAPILLY MENON, and VINOD MENON, | INDEX NO. 08-CV-02414 (GEL) ECF CASE |
| Plaintiffs, | Rule 7.1. Disclosure Statement |
| v. | |
| VISTULA COMMUNICATIONS SERVICES, INC., VINOD SANKAR, SHARMILA SANKAR, and ADAM N. BISHOP, | |
| Defendants. | |



Pursuant to FRCP 7.1, Plaintiffs NETYANTRA, INC and NETYANTRA INDIA PRIVATE LIMITED by their undersigned counsel, hereby states that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated: New York, New York
        March 7, 2008

                                TRAIGER & HINCKLEY LLP

                                By: _____
                                    George R. Hinckley, Jr., Esq.

                                880 Third Avenue
                                New York, New York 10022-4730
                                Tel. (212) 759-4933
                                Fax  (212) 656-1531
                                Attorneys for Plaintiffs