# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Netyantra, Inc., et al  
Plaintiff(s)  
v  
Vistula Communications Services, Inc., et al  
Defendant(s)

Case No: 08 CV 02414

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Vistula Communications Services, Inc.

With the documents: Summons; and Complaint

Person Served: Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address: The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: March 17, 2008          Time of Service: 1:35 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address       ( ) Evading                     ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist   ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 40's   Sex: M   Race: W   Hgt: 5'10"   Wgt: 170   Hair: Brown   Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

March 18, 2008         at   Wilmington,      Delaware
Date                         City              State

                                                Daniel Newcomb, Process Server
State of Delaware                               Delaware Attorney Services
County of New Castle                            2000 Pennsylvania Avenue, Suite 207
                                                Wilmington, DE  19806  (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on March 18, 2008

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008