# AFFIRMATION OF SERVICE

In the United States District Court Southern District Of New York

| | |
|---|---|
| NETYANTRA, INC., etc., <br><br>   Plaintiffs, <br><br> v. <br><br> VISTULA COMMUNICATIONS SERVICES, INC., and ADAM N. BISHOP, <br><br>   Defendants. | No. 08-CV-0214 (GL) |

I hereby declare that I am over the age of eighteen and not a party to this action, and am employed by De Vere & Co., that I am authorized to perform said service of process under the laws of the United Kingdom.

**Service**: Adam N. Bishop

**With the documents**: Summons; and Complaint

**Service Address**: 44 Kenilworth Road, London, United Kingdom.

**Date of Service**: April 9, 2008                **Time of Service**: 07.06 a.m.

**Manner of Service**: By personal in hand service upon Mr. Adam N. Bishop, after Mr. Bishop identified himself to me:

**Description**:

Age: Late 40's   Sex: M   Race: W   Hgt: aprox. 5'8"   Wgt: 10st   Hair: short brown with streaks of grey

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10th, 2008
at 8 Gray's Inn Square, Gray's Inn, London, WC1R 5AX, United Kingdom