UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETYANTRA, INC., NETYANTRA INDIA PRIVATE LIMITED, SANJEEV THOTTAPILLY MENON, and VINOD MENON,<br><br>                   Plaintiffs,<br><br>                 v.<br><br>VISTULA COMMUNICATIONS SERVICES, INC., VINOD SANKAR, SHARMILA SANKAR, and ADAM N. BISHOP,<br><br>                 Defendants. | **NOTICE OF CHANGE OF COUNSEL'S ADDRESS**<br><br>Case No. 08-CV-2414 (GEL) |

PLEASE TAKE NOTICE THAT the address for the law firm of Traiger & Hinckley LLP,

counsel to Plaintiffs in the above-captioned matter, has changed. The new address is:

TRAIGER & HINCKLEY LLP<br>501 Fifth Avenue, Suite 506<br>New York, New York 10017-7838

Dated: July 11, 2008

                                                   TRAIGER & HINCKLEY LLP

                                                   By: s/Christoph Heisenberg

                                                   Christoph C. Heisenberg (CCH-8736)

                                                   501 Fifth Avenue, Suite 506
                                                   New York, New York 10017-7838
                                                   Phone: (212) 845-9094
                                                   Facsimile: (212) 820-9790