UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

NETYANTRA, INC., NETYANTRA INDIA
PRIVATE LIMITED, SANJEEV MENON
THOTTAPILLY AND VINOD MENON

Plaintiffs,

v.

VISTULA COMMUNICATIONS SERVICES, INC.,
VINOD SANKAR, SHARMILA SANKAR AND
ADAM N. BISHOP,

Defendants.

**STIPULATION AND**
~~**[PROPOSED]**~~ **ORDER TO**
**EXTEND TIME TO**
**ANSWER OR MOVE**

2008-cv-02414 (GEL)

Plaintiffs NetYantra, Inc., NetYantra India Private, Limited, Sanjeev Menon

Thottapilly, and Vinod Menon, by and through their undersigned counsel, and Defendants

Vinod Sankar and Sharmila Sankar, by and through their undersigned counsel, hereby

stipulate that Vinod Sankar and Sharmila Sankar shall have up to and until August 29,

2008 to answer or move against the Complaint filed herein.

Dated: July 18, 2008

TRAIGER & HINCKLEY LLP

By: _____
George R. Hinckley, Jr. (GH-75 1)

George R. Hinckley, Jr.
880 Third Ave. 9th Floor
New York, NY 10022-4730
Tel.: (212) 759-4933
Fax: (212) 656-1531
Email: grh@hinckley.org

EDWARDS ANGELL PALMER &
DODGE LLP

By: _____
Andre K. Cizmaik

Andre K. Cizmaik
750 Lexington Avenue
New York, NY 10022
Tel: (212) 912-2731
Fax: (212) 308-4844
Email: acizmarik@eapdlaw.com

So Ordered: _____
Gerard E. Lynch, U.S.D.J.

7/23/08