Andre K. Cizmarik, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
Attorneys for Vinod Sankar and Sharmila Sankar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

NETYANTRA, INC., NETYANTRA INDIA
PRIVATE LIMITED, SANJEEV THOTTAPILLY
MENON, and VINOD MENON,

                      Plaintiff,

             v.

VISTULA COMMUNICATIONS SERVICES,
INC., VINOD SANKAR, SHARMILA SANKAR,
and ADAM N. BISHOP,

                    Defendants.

------------------------------------------ X

Case No. 08-CV-02414 (GEL)

**NOTICE OF MOTION OF
DEFENDANTS VINOD SANKAR
AND SHARMILLA SANKAR TO
DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Andre K. Cizmarik,

dated August 29, 2008, and the exhibits thereto, the accompanying memorandum of law and all

of the pleadings and prior proceedings had herein, defendants Vinod Sankar and Sharmila Sankar

hereby move this Court for: (i) an order pursuant to Fed.R.Civ.P. 12(b)(1) dismissing this

action in its entirety for lack of subject matter jurisdiction; and (ii) such other and further relief in

NYC 309489.1

favor of defendants Vinod Sankar and Sharmilla Sankar and against plaintiffs as this Court

deems just and proper.

Dated: August 29, 2008                      Respectfully submitted,
        New York, New York


                                            Edwards Angell Palmer & Dodge LLP

                                            By: _____
                                                Andre K. Cizmarik,
                                                750 Lexington Avenue
                                                New York, NY  10022
                                                (212) 308-4411

                                                Attorneys for Defendants
                                                Vinod Sankar and Sharmila Sankar